IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-03340-LTB

ROBIN E. DILGER,

    Plaintiff,

v.

STATE OF COLORADO,
OFFICE OF THE ATTORNEY GENERAL,
COLORADO DEPARTMENT OF CORRECTIONS,
WARDEN DAVID ZUPAN,
CAPTAIN SEAN PRUITT,
CASE MANAGER II LARRY WINEGARDNER,
CASE MANAGER GLEN SCHAFFER, and
CASE MANAGER III KRISTI MOORE,

    Defendants.

## JUDGMENT

Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on March 21, 2013, it is hereby

ORDERED that Judgment is entered in favor of Defendants and against Plaintiff.

DATED at Denver, Colorado, this 21 day of March, 2013.

                FOR THE COURT,

                JEFFREY P. COLWELL, Clerk


                By: s/ S. Grimm
                    Deputy Clerk